In the Matter of the Application for a Compulsory Accounting in the Estate of HARRY G. SMITH, Deceased. FLORENCE RUBINA ERICSON, Petitioner-Respondent; LILY RUBINA SMITH and Another, Appellants.—Appeal from an order of the Surrogate's Court, New York county, directing the administrators c. t. a. of the estate of Harry G. Smith, deceased, to file an account of their proceedings, and from an order, on reargument, confirming original decision. Orders unanimously affirmed, with twenty dollars costs and disbursements payable out of the estate. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ. [156 Misc. 839.]

WILMA ROSENBERG and Others, Respondents, v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.— Plaintiffs as beneficiaries under a policy of accident insurance issued by defendant to Ignatz Rosenberg, the husband of plaintiff, Wilma Rosenberg, brought this action to recover $5,000, the amount of the policy, claiming that the insured received bodily injuries caused solely and exclusively by external, violent and accidental means, which were the direct and proximate cause of the death of the insured. Judgment entered on a verdict in favor of plaintiffs, after trial at Trial Term, affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.; Dore, J., dissents and votes to reverse and grant a new trial on the ground that the verdict was against the weight of the credible testimony, including the documentary records and the formal proofs of loss filed with defendant by the plaintiffs.

LAWRENCE E. SCHLECHTER, Appellant, v. STUART E. GIBBONEY and HENRY ALLAN JOHNSTON, Respondents.—Action by an attorney against his two former partners to set aside a release given in final settlement upon an accounting after the dissolution of the partnership, and for a new accounting. Judgment, so far as appealed from, entered on a decision dismissing the complaint on the merits, after trial at Special Term, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application for Revocation of Letters of Administration to the Public Administrator and for Issuance of Ancillary Letters of Administration, etc., of AUGUSTA H. LOHMANN, Deceased. ALBERT W. WORDEN, Administrator, etc., Petitioner-Appellant; PUBLIC ADMINISTRATOR OF NEW YORK COUNTY, Respondent.—Appeal from a decree of the Surrogate's Court, New York county, denying motion of petitioner to revoke letters of administration issued to the public administrator of New York county, of the goods, chattels and credits of decedent and for issuance of ancillary letters of administration to petitioner. Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ. [157 Misc. 169.]

HARRISON E. FRYBERGER, Appellant, v. THE N. W. HARRIS COMPANY, a Corporation, and Others, Respondents, Impleaded with Others.—Action for rescission of contracts made by plaintiff and his assignors for the purchase of stock of the Central Public Service Corporation, and the recovery of the purchase price. Judgment entered on a decision dismissing the complaint as against defendants-respondents, after trial at Special Term, and order denying plaintiff's motion to vacate judgment and for a new trial, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.